IN THE SUPREME COURT OF THE STATE OF DELAWARE

IMO THE PETITION OF § 
RICHARD OSLOLEK FOR A § No. 474, 2024
WRIT OF CERTIORARI §
§

Submitted: January 28, 2025
Decided: February 6, 2025

## ORDER

On January 16, 2025, the Chief Deputy Clerk issued a notice, sent by certified mail, to the petitioner, Richard Oslolek, directing them to show cause why this petition should not be dismissed for his failure to move to proceed *in forma pauperis* or pay the Supreme Court filing fee. Oslolek received the notice on January 17. A timely response to the notice to show cause was due on or before January 27. To date, Oslolek has not moved to proceed *in forma pauperis*, paid the Supreme Court filing fee, or responded to the notice to show cause. Dismissal of this petition is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this petition be DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Karen L. Valihura*
Justice